IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JUDY G. McCLURE-BATY                                                              PLAINTIFF

V.                                    NO. 4:04CV00471 JWC

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                            DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered affirming the final decision of the Commissioner and dismissing this case with prejudice; the relief sought is denied.

IT IS SO ORDERED this 29th day of August, 2005.

_____
UNITED STATES MAGISTRATE JUDGE